# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158130(82)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 158130
COA: 337329
Monroe CC: 16-242675-FH

JONTELE SWANSON-DEVILL GOODWIN,
　　　　Defendant-Appellant.
_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing an amended application for leave to appeal is GRANTED. The amended application will be accepted as timely filed if submitted on or before February 9, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



Clerk